# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 13, 2006

132302

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

---

IN RE BRISTOL ELLIS NISWONGER, BILLY RAY NISWONGER, and BETH ELIZABETH ANN NISWONGER, Minors.

---

DEPARTMENT OF HUMAN SERVICES, f/k/a
FAMILY INDEPENDENCE AGENCY,
      Petitioner-Appellee,

v

JULIE NISWONGER,
      Respondent-Appellant.

SC: 132302
COA: 266343
Ingham CC
Family Division: 00-045297-NA

_____/

On order of the Court, the application for leave to appeal the June 20, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 13, 2006

_____
Clerk

s1107